ORIGINAL

Robert E. Thurbon SBN 133617
Erin E. Holbrook SBN 210081
Thurbon & McHaney, LP
2356 Gold Meadow Way, Suite 160
Gold River, California 95670
Telephone: (916) 636-1840
Facsimile: (916) 638-7530

Attorneys for Plaintiff

FILED
FEB 26 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CLYDE G. STEAGALL, INC.,

Plaintiff,

vs.

UNITED STATES OF AMERICA,

Defendant

Case No.: 07-130 C

**PLAINTIFF'S NONGVOERNMENTAL CORPORATE PARTY RULE 7.1 DISCLOSURE STATEMENT**

I, counsel for, and on behalf of CLYDE G. STEAGALL, INC. hereby disclose the following information pursuant to this Court's Rule 7.1:

The name of each person, attorney, association of person, firm, law firm, partnership and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporation, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

Clyde G. Steagall, Inc., Plaintiff

Thurbon & McHaney, LP, Attorneys for Plaintiff

//

//

The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: None

Dated: February 21, 2007

THURBON & McHANEY, LP

By: ______________________

ERIN E. HOLBROOK for
ROBERT E. THURBON
2356 Gold Meadow Way, Suite 160
Gold River, CA 95670
(916) 636-1840
Attorneys for Plaintiff
CLYDE G. STEAGALL, INC.