IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CLYDE G. STEAGALL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-130C |
| | ) | (Judge Wiese) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMNT OF TIME

Pursuant to Rules 6(b)(1) and 6.1 of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 30 day enlargement of time, to and including May 29, 2007, to file a response to plaintiff's complaint. Presently defendant's response to the complaint is due no later than April 27, 2007. This is defendant's first request for an enlargement of time for this purpose. Defendant has consulted with counsel for plaintiff, and counsel for plaintiff has represented that plaintiff will not oppose our request for an enlargement of time.

We request this enlargement of time in order to permit agency counsel the opportunity to complete preparing a litigation report. We rely upon agency counsel to prepare a litigation report, pursuant to 28 U.S.C. § 520, concerning the case so that we may respond properly to actions filed against the United States. Agency counsel has been delayed because he had difficulty locating the retired Contracting Officer's Technical Representative who was involved in the administration of the contract at issue in plaintiff's complaint. Agency counsel has located this individual and will meet with him in the next week.

Due to the varied and complex allegations involved, defendant's counsel will require additional time to review the final litigation report and time to obtain supervisory review for the preparation and filing of the Government's response.

For the foregoing reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time of 30 days, to an including May 29, 2007, within which to file a response to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

FRANKLIN E. WHITE
Assistant Director

s/ David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

April 24, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 24th day of April, 2007, a copy of the foregoing "Defendant's Unopposed Motion for an Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David M. Hibey