# In the United States Court of Federal Claims

No. 07-130C
Filed: July 18, 2007

| | |
|---|---|
| CLYDE G. STEAGALL, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

SCHEDULING PRELIMINARY CONFERENCE

Pursuant to the agreement of the parties, a preliminary conference will be held at 2:30 p.m. E.D.T. on Monday, August 6, 2007, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC. The courtroom designation will be posted on the bulletin board in the lobby of the courthouse. The proceedings will be transcribed. Counsel for plaintiff may appear by telephone.

s/John P. Wiese
John P. Wiese
Judge