# In the United States Court of Federal Claims

No. 07-130C
Filed: August 7, 2007

CLYDE G. STEAGALL, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

SCHEDULING DISCOVERY CONFERENCE

As discussed during the preliminary conference held this date, a discovery conference will be held at 2:30 p.m. E.S.T. on Tuesday, November 6, 2007, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC. The courtroom designation will be posted on the bulletin board in the lobby of the courthouse. The proceedings will be transcribed. Counsel for plaintiff may appear by telephone.

s/John P. Wiese
John P. Wiese
Judge