# In the United States Court of Federal Claims

No. 07-130C
Filed: December 12, 2007

| | |
|---|---|
| CLYDE G. STEAGALL, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

RESCHEDULING DISCOVERY CONFERENCE

The discovery conference scheduled for December 12, 2007, has been rescheduled and will be held at 2:30 p.m. E.S.T. on Thursday, December 20, 2007, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC. The courtroom designation will be posted on the bulletin board in the lobby of the courthouse. The proceedings will be transcribed. Counsel for plaintiff may appear by telephone.

s/John P. Wiese
John P. Wiese
Judge