# In the United States Court of Federal Claims

No. 07-130C
Filed: December 20, 2007

CLYDE G. STEAGALL, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

SCHEDULING STATUS CONFERENCE

As discussed during the status conference held this date, a follow-up telephonic status conference will be held at 2:30 p.m. E.S.T. on Thursday, March 13, 2008, to discuss plaintiff's expert's evaluation of plaintiff's delay claim. The court will initiate the call and the proceedings will be transcribed.

s/John P. Wiese
John P. Wiese
Judge