# In the United States Court of Federal Claims

No. 07-130C
Filed: March 5, 2008

| | |
|---|---|
| CLYDE G. STEAGALL, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

RESCHEDULING STATUS CONFERENCE

As discussed during the telephone conference held this date, the status conference currently scheduled for Thursday, March 13, 2008, has been rescheduled and will be held at 2:30 p.m. E.D.T. on Thursday, March 20, 2008, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC. The courtroom designation will be posted on the bulletin board in the lobby of the courthouse. The proceedings will be digitally recorded. Counsel for plaintiff may appear by telephone.

s/John P. Wiese
John P. Wiese
Judge