# In the United States Court of Federal Claims

No. 07-130C
Filed: March 20, 2008

CLYDE G. STEAGALL, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

ORDER

ESTABLISHING DEADLINE

---

As discussed during the status conference held this date, on or before May 19, 2008, plaintiff's counsel shall contact the court at (202) 357-6652 to arrange for a follow-up status conference for the purpose of establishing a schedule for pretrial and trial proceedings.

s/John P. Wiese
John P. Wiese
Judge