# In the United States Court of Federal Claims

No. 07-130C
Filed: July 24, 2008

| | |
|---|---|
| CLYDE G. STEAGALL, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

ESTABLISHING PRETRIAL SCHEDULE

Pursuant to the telephone conference held this date, the court understands plaintiff's principal claim to be that completion of the contract work was delayed for a period of eleven months because of NASA's delay in providing plaintiff (and its subcontractor, Square D) with a formal change order directing a modification in the requirements of the switchgear assembly.

Accepting the foregoing as a correct description of the essential issue in this case, and to ready this action for trial (or other disposition), plaintiff is directed to file with the court on or before September 30, 2008, the following documents:

(1) a witness list conforming to the requirements specified in Paragraph 15 of Appendix A, RCFC;

(2) an exhibit list conforming to the requirements specified in Paragraph 16 of Appendix A;

(3) requested findings of fact that are:

(a) detail-specific (i.e., covering all material facts that plaintiff will need to establish at trial in order to prevail on the issue in question);

(b) arranged in the order in which the proof will be offered at trial, preferably chronologically; and

(c) keyed to the evidence (i.e., identified with the document and/or witness that will be relied on at trial to establish the requested findings); and

(4) a memorandum of contentions of law, together with supporting authority, providing a concise exposition of counsel's theory(ies) of the case and the conclusions of law that the court is to determine.

s/John P. Wiese
John P. Wiese
Judge